**E-FILED**
Tuesday, 25 November, 2008  03:16:14 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LARRY M. WASHINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  07-3075 |
| | ) | |
| CITY OF SPRINGFIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Defendant City of Springfield's Motion to Bifurcate *Monell* Claim (d/e 139).  The Court may order separate trials for the convenience of the parties, to avoid prejudice, and to promote judicial economy.  Fed. R. Civ. P. 42(b).  Count III is the municipal liability claim against the City.  Complaint (d/e 1), Count III.

The Court has considered this matter carefully and has determined not to stay discovery.  Such a stay would not promote judicial economy and could cause unreasonable delays if the parties were required to conduct discovery twice.  The Court, further, will not order a separate trial for Count III at this time.  The Court cannot evaluate the possible prejudice by

conducting a single trial until discovery is completed.  The City, or any other party, may renew the request for separate trials after discovery is completed.

THEREFORE, the Motion to Bifurcate *Monell* Claim (d/e 139) is DENIED, with leave to renew the request for a separate trial at the close of discovery.

IT IS THEREFORE SO ORDERED.

ENTER:   November 25, 2008

FOR THE COURT:

s/  Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE